In the Matter of 358 W. 52ND ST. CORP. v. BERNARD J. O'CONNELL, as Commissioner of Licenses.— Motion for leave to reargue or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of WILLIAM SPANNER, Deceased. MARIE SPANNER, Respondent; ALBERT H. TREIMAN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

RAMONITA PADILLA v. KYRIACO DAMASCUS et al.— Motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Was the order of the Appellate Division entered March 6, 1962 properly made?" Settle order on notice. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

In the Matter of NATHAN LEWIS et al. v. UNITED INDUSTRIAL SYNDICATE, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

RUBEN STEIN v. RAYMOND SILVERMAN.— Application denied, with $10 costs. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES SMILEY.— Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL KANE. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL KANE. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN CHARLES GREULICH. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ. (E) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES BATES. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ. (F) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT WRITER, Also Known as EMANUEL KNUCKLES. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ. [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

YOLANDA DUQUE DE ESTRADA GONZALEZ v. INDUSTRIAL BANK (OF CUBA) et al.— Motion granted to the extent of granting a stay for 10 days after the entry of the judgment on our order to give plaintiff the opportunity to file a notice of appeal to the Court of Appeals and to apply to the Court of Appeals or one of its Judges for a further stay; and otherwise the motion is denied, without costs. Settle order on notice. Motion for leave to intervene and for other relief denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. HUBERT TYLER and CALVIN BOOKER. (B) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE SULLIVAN. [In each case] Enlargement of time granted. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

In the Matter of GRAY LINE MOTOR TOURS, INC. et al. v. TRANSPORT WORKERS UNION LOCAL 100.— Motion to dispense with printing granted insofar as to permit the appeal to be heard upon the original record, without printing the same, and upon typewritten or mimeographed appellants' points, on condition that the appellants serve one copy of the typewritten or mimeographed appellants' points upon the attorney for respondents and file 6 typewritten or 19 mimeographed copies of appellants' points, together with the original record, with this court on or before 12 noon on June 15, 1962, with notice of argument for June 21, 1962, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before 12 noon on June 20, 1962. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.